# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | Case No. 03-30465 (PM) |
| USGen New England, Inc., ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| ) | |
| USGen New England, Inc., ) | Adv. Proc. No. 04-01001 |
| ) | |
| Plaintiff, ) | Docket No. 1:04-mc-10149-WGY |
| ) | |
| v. ) | |
| ) | |
| Bear Swamp Generating Trust No. 1 LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## HSBC BANK USA'S ASSENTED TO MOTION
## FOR ADMISSION PRO HAC VICE OF
## STEPHEN VACCARO

Pursuant to Local Rule 85.5.3, Sean C. Flynn, a member in good standing of the Bar of this Court and co-counsel for defendant HSBC Bank USA ("HSBC"), hereby moves for the admission *pro hac vice* of Stephen Vaccaro of Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York, to appear and practice in this Court in this case to represent HSBC. Third-party Mainstream Associates Inc. has assented to and does not oppose this motion.

Mr. Vaccaro is co-counsel for HSBC and has thorough knowledge of the issues raised by the pleadings in this action. His participation in this action is important to the full and complete representation of HSBC.

LITDOCS:554472.1

Mr. Vaccaro is a member in good standing of the Bars of the State of New York and New Jersey, and is admitted to practice in United States Federal Courts for the District of New Jersey, the Eastern District of New York and the Southern District of New York.

There are no disciplinary proceedings pending against Mr. Vaccaro in any jurisdiction, and he is familiar with the Local Rules of this Court.

In support of this motion, the Certificate of Mr. Vaccaro pursuant to Local Rule 83.5.3(b) is submitted herewith.

Respectfully submitted,

**HSBC BANK USA**
By its attorneys,

Charles L. Solomont, BBO# 557190
Sean C. Flynn, BBO# 650506
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000

Co-counsel:

Michael E. Wiles
Stephen Vaccaro
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
212-909-6000

-and-

Patrick S. Coffey
Scott J. Fisher
Gardner Carton & Douglas LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606-1698
312-569-1000

Dated: June 3, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Sean C. Flynn, hereby certify that counsel for HSBC Bank USA has contacted counsel for Mainstream Associates Inc. in an effort to resolve or narrow the issues presented in this motion.

*/s/ Sean C. Flynn*
Sean C. Flynn

## CERTIFICATE OF SERVICE

I, Sean C. Flynn, hereby certify that a true copy of the foregoing was served on counsel for Mainstream Associates, Inc. via facsimile and by first-class mail, postage pre-paid, on or about June 3, 2004.

*/s/ Sean C. Flynn*
Sean C. Flynn

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | Case No. 03-30465 (PM) |
| USGen New England, Inc., ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| USGen New England, Inc., ) | Adv. Proc. No. 04-01001 |
| Plaintiff, ) | Docket No. 1:04-mc-10149-WGY |
| v. ) | |
| Bear Swamp Generating Trust No. 1 LLC, ) | |
| et al., ) | |
| Defendants. ) | |

## PRO HAC VICE CERTIFICATION OF STEPHEN VACCARO

Pursuant to Local Rule 85.5.3 of the Federal Court for the District of Massachusetts, the foregoing attorney hereby requests that he be permitted to practice *pro hac vice* in the above captioned matter, and states as follows:

I, Stephen Vaccaro, am an associate with the firm of Debevoise & Plimpton LLP of New York, New York, and have been admitted to practice in the state of New Jersey since 1996 and the state of New York since 1997. I am admitted to practice in United States Federal Courts for the District of New Jersey, the Eastern District of New York and the Southern District of New York. I am not currently under any order of disbarment, suspension or any other disciplinary action. Further, I will be actively associated in this litigation with the law firm of Bingham

40071081v1

McCutchen LLP, through attorneys Charles L. Solomont and Sean C. Flynn, who are members of the United States Federal Court for the District of Massachusetts.

I have read and familiarized myself with the Local Rules for the Federal District Court for the District of Massachusetts.

*[signature]*
Stephen Vaccaro (SV-4644)
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Tel: 212-909-6000

Dated: June 3, 2004