UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-mc-10149

PLAINTIFF: USGen New England

DEFENDANT: Bear Swamp Generating Trust

COUNSEL FOR PLAINTIFF: _____

COUNSEL FOR DEFENDANT: _____

JUDGE: _____ CLERK: _____ REPORTER: _____

## CLERK'S NOTES

DATES:

Writ documents sought is overbroad
w/exception 2, 5, 13 - to paragraph 2, 5, 13

Motion to quash is Allowed in part
denied in part -

Def- One day 7 hour deposition
Court outlines what may be asked

Court wants to know date of depo. Cl to
inform Clerk

Clknotes.trm - 09/92                                [clknot.]