# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

*FILED IN CLERK'S OFFICE*
*2004 JUN 14 P 4: 56*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

BY FACSIMILE AND FIRST CLASS MAIL

June 8, 2004

Cara J. Daniels, Esq.
Rackemann, Sawyer & Brewster
One Financial Center
Boston, Massachusetts 02111-2659

>  **USGen New England, Inc. v. Bear Swamp Generating Trust No. 1 LLC, et al., Docket No.: 1:04-mc-10149-WGY**

Dear Ms. Daniels:

    I have confirmed with Marie Bell, docket clerk to Judge Young, that the Court will be available should the parties have need on Monday, June 14, 2004. This letter confirms that the deposition of Mainstream Associates' 30(b)(6) deposition will commence at 9:00 am on June 14 at the Boston office of Bingham McCutcheon, at 150 Federal Street.

Very truly yours,

*[signature]*

Steve Vaccaro

cc: Marie Bell
All counsel in USGen New England v. Bear Swamp Generating Trust No. 1, LLC
(USGen New England, Inc. v. Bear Swamp Generating Trust No. LLC,
et al., Adv. Proc. No. 04-01001)

21735590v1