```
                                                                  1



 1                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            MBD No. 04-10149

 4

 5   * * * * * * * * * * * * * * * *
                                    *
 6   USGen New England, Inc.,       *
                                    *
 7            Plaintiff,            *
                                    *
 8   v.                             *    HEARING
                                    *
 9   Bear Swamp Generating Trust    *
     No. 1 LLC, et al.,             *
10                                  *
              Defendants.           *
11                                  *
     * * * * * * * * * * * * * * * *
12


13            BEFORE:  The Honorable William G. Young,
                              District Judge
14


15
     APPEARANCES:
16

17         RACKEMANN, SAWYER & BREWSTER (By Cara J. Daniels,
     Esq.) One Financial Center, Boston, Massachusetts
18   02111, on behalf of George Lagassa

19         BINGHAM McCUTCHEN, LLP (By Sean C. Flynn, Esq.),
     150 Federal Street, Boston, Massachusetts 02110
20           - and -
           DEBEVOISE & PLIMPTON, LLP (By Stephen Vaccaro,
21   Esq.), 919 Third Avenue, New York, New York 10022, on
     behalf of HSBC Bank USA
22


23
                                              1 Courthouse Way
24                                            Boston, Massachusetts

25                                            June 14, 2004
```